# SHPIGEL & ASSOCIATES, P.C.
Attorneys At Law

110 Wall Street
New York, New York 10005
Phone (212) 390-1913    Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

August 10th, 2017

**VIA ECF**
Hon. Katherine B. Forrest
U.S. District Court Judge
U.S. District Court of the Southern District of New York
500 Pearl Street
New York, New York, 10007

Re: *Kogsor Limited. v. National Westminster Bank*, **17-CV-05410 (KBF)**

Dear Judge Forrest:

    Shpigel & Associates, P.C. represents Kogsor Limited in this action. We write to respectfully request an extension of time to file the letter brief pursuant to the Court's July 27th, 2017 Order.

    Plaintiff's letter brief is due on August 11th, 2017. It is respectfully requested that time to file be extended to August 25th, 2017. The Defendant in this matter has not been served yet, an attempt to serve Defendant was unsuccessful and Plaintiff requests further time to complete service of the summons, complaint and the July 27th, 2017 Order. Plaintiff has not made any prior requests for an extension of time. I thank the Court for its consideration.

Respectfully Submitted,

*/S/Irina Shpigel*
Irina Shpigel, Esq.
Shpigel & Associates, P.C.
*Attorney for Plaintiff*
110 Wall Street
New York, NY 10005
Tel: (212) 390-1913
Fax: (646) 355-0242
ishpigel@iselaw.com

CC: National Westminster Bank
    175 Water Street
    New York, New York 10038